# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TRANSDEV SERVICES, INC.** and **DOUGLAS HEALY,**
Appellants,

v.

**BARBARA GILLIS,** as Personal Representative of the
**ESTATE OF ANTWAN GILLIS,** Deceased,
Appellee.

No. 4D21-2953

[September 8, 2022]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE17-007344.

William E. Calnan of The Tarich Law Firm P.A., Hollywood for appellants.

Bard D. Rockenbach of Burlington & Rockenbach, P.A., West Palm Beach, and Michael D. Overbeck and Michael D. Dickenson of Schuler, Halvorson, Weisser, Zoeller, Overbeck & Baxter P.A., for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and ARTAU, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***